UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?    Yes
                                                                     No

    If no, please indicate which application this represents:    Second
                                                                                       Third
                                                                                       Other _____

Date of Service of Summons:

Number of days requested:     30 days
                              15 days
                              Other \_\_\_\_\_ days

<span style="color:red">New Deadline Date:</span>     *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

    Full Name:

    State Bar No.:

    Firm Name:

    Address:



    Phone:

    Fax:

    Email:

A certificate of conference does not need to be filed with this unopposed application.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2017, a true and accurate copy of the above and foregoing:

**UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Was filed with the Court's CM/ECF system, which provides service to all counsel of record.

*Rachael D. Lamkin*
Rachael D. Lamkin