# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS LLC, § § § Plaintiff, § § vs. § § GARMIN INTERNATIONAL, INC., § § Defendant. § § | Case No: 2:17-CV-158-JRG-RSP |

## MOTION TO DISMISS DEFENDANT GARMIN INTERNATIONAL, INC. WITHOUT PREJUDICE

Plaintiff Rothschild Connected Devices Innovations, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims against Defendant Garmin International, Inc. without prejudice with each party to bear its own fees and costs.

Dated: April 4, 2017                                         Respectfully submitted,

                */s/ Jay Johnson*
                Jay Johnson
                State Bar No. 24067322
                Brad Kizzia
                State Bar No. 11547550
                **KIZZIA JOHNSON PLLC**
                1910 Pacific Ave., Suite 13000
                Dallas, TX 75201
                (214) 451-0164
                Fax: (214) 451-0165
                jay@kjpllc.com
                bkizzia@kjpllc.com

                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 4, 2017

                */s/ Jay Johnson*
                Jay Johnson