IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS LLC, | § § § | |
| Plaintiff, | § | Case No: 2:17-CV-158-JRG-RSP |
| | § | |
| vs. | § § | |
| GARMIN INTERNATIONAL, INC., | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations LLC's motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Therefore, IT IS ORDERED that Plaintiff's claims against Garmin International, Inc. dismissed without prejudice.

**SIGNED this 9th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE