

Figure 7 – Top NPEs in 2016