Preston West Plano Executive Suites Office Space Shared Office Space Dallas TX Meridian Business Centers 4/9/17, 2:34 PM



214.800.2300 

EXECUTIVE OFFICE SUITES | ON-DEMAND MEETING ROOMS

## WEST PLANO EXECUTIVE OFFICE SUITES
214.800.2300

 1400 Preston Road
Suite 400
Plano, Texas 75093

START MY VIRTUAL TOUR



## WEST PLANO EXECUTIVE OF[FICE SUITES]
All-Inclusive Executive Office S[uites]

### PROPERTY INFORMATION:

Located just off the intersection of the George Bush T[urnpike...] Only a 30 minute drive from DFW International Airport[...] Shopping area, and within 5 miles of The Shops at Leg[acy...] video conferencing equipment, full kitchen, and plenty [of...] members to handle your business needs.



| 130sf INTERIOR | 150sf EXTERIOR | | | |
|---|---|---|---|---|
|  | | | | |
| 1 person | 1 - 2 people | 1 - 2 people | 1 - 3 people | 1 - 4 people |
| 6 - 24 Month Contracts | 6 - 24 Month Contracts | 6 - 24 Month Contracts | 6 - 24 Month Contracts | 6 - 24 Month Contracts |

*Views Vary by Location. Inquire for Furniture Rental Rates.

**THE MERIDIAN DIFFERENCE:** Meridian's Truly All-Inclusive pricing philosophy is based on providing a clear and transparent picture of Your Bottom Line.

| MERIDIAN'S EXECUTIVE OFFICE SUITE SERVICES | ALL-INCLUSIVE PRICING |
|---|---|
| Monthly Rent in a Full Service Facility | $_____ |
| Local Telephone Number | Included |
| Telephone Handset (Inludes 3 Lines) | Included |
| Speaker Phone with Caller ID, Transfer, Conference, and More! | Included |
| Voice Mail with 24 Hour Remote Access | Included |
| Personalized Call Answering by Receptionist (8:30am - 5:00pm, M-F) | Included |
| Call Screening & Transfer to your Office | Included |
| Enterprise Grade Internet (Up to 100Mbps) | Included |
| 55 Hours of Meeting Room Usage per Month available at any Meridian Property | Included |
| Parking | Included |
| Premium Coffee & Filtered Water Service | Included |

Property Interested In:

Product Interested In:

Request a Tour:

Number of People:

Move-in Date:



| | |
|---|---|
| **Utilities** | Included |
| **Janitorial & Maintenance** | Included |
| **Building Lobby Directory Listing** | Included |
| **24 Hour Access** | Included |
| **Kitchen Services** | Included |
| **Services as Small as Unlocking your Door or Delivering a Package to your Office** | Included |
| **Signature Furniture Package** | Optional $45.00 per Month |
| **Executive Furniture Package** | Optional $75.00 per Month |
| **A LA CARTE ADDITIONAL CHARGES WILL APPLY WITH OUR COMPETITION** | |

**Come See Why Smarter Companies are Choosing Meridian Business Centers**

**Property Features:**

- Fully-Equipped Conference Rooms and Impressive Support Services
- Offices Featuring Attractive, Professional Reception Areas
- Personalized, Professional and Courteous Telephone Answering Services
- Advanced Technical Resources and Ultra High Speed Internet Access
- Mail Receipt and Handling Services With Equipment and Personnel
- Office Space Ranging From 120sf-500sf With Flexible Lease Terms Available
- Complimentary Parking
- Multiple Copiers On-Site
- State-Of-The-Art Telephone System with Speakerphone, Caller ID, and Multiple Rollovers
- Postage Meter & Courier and Overnight Delivery Services
- Personal Office Assistant Services
- Furniture Packages Available

Copyright 2016 Meridian Business Centers | All Rights Reserved

About Us | Contact Us | Testimonials | FAQs | Careers | Furniture | Specials | Site Map | Privacy