

# WEST PLANO
1400 Preston Road
Suite 400
Plano, TX 75093
www.MeridianOffices.com





## FOR OFFICE AVAILABILITY PLEASE CONTACT:

**CHRISTEN CALDWELL**   **Phone:** 214.800.2003   **Email:** CCaldwell@MeridianOffices.com
**STEFANIE BLACKMON**   **Phone:** 281.591.4702   **Email:** SBlackmon@MeridianOffices.com