# 28 entity results in 1 ultimate parent

| NAME | RELATED ENTITIES | PLAINTIFFS | DEFENDANTS | ASSERTED |
|---|---|---|---|---|
| **LEIGH M. ROTHSCHILD** NPE | 27 Related Entities | 390 as Plaintiff | 2 as Defendant | 34 Patents Asserted — 20+ Search Results |

| NAME | PARENT | MARKET SECTOR | # OF LITIGATIONS |
|---|---|---|---|
| Rothschild Automotive Technolog… | Leigh M. Rothschild | | 0 |
| Rothschild Patent Imaging LLC | Leigh M. Rothschild | Consumer Electronics and PCs, E-commerce and Software | 23 |
| Rothschild Biometric Systems, LLC | Leigh M. Rothschild | E-commerce and Software | 1 |
| Rothschild Audio Innovations LLC | Leigh M. Rothschild | | 0 |
| Rothschild Digital Confirmation, L… | Leigh M. Rothschild | E-commerce and Software, Logistics | 17 |
| Rothschild Scanning Technologie… | Leigh M. Rothschild | | 0 |
| Rothschild Vehicle Technologies,… | Leigh M. Rothschild | | 0 |
| Rothschild Location Technologie… | Leigh M. Rothschild | Automotive, E-commerce and Software, Logistics, Networking | 55 |
| Rothschild Trust Holdings LLC | Leigh M. Rothschild | Networking, Undefined | 3 |
| Rothschild GPS Sharing Innovati… | Leigh M. Rothschild | Automotive | 1 |

View As Search Results

# 28 entity results in 1 ultimate parent

| NAME | RELATED ENTITIES | PLAINTIFFS | DEFENDANTS | ASSERTED |
|---|---|---|---|---|
| **LEIGH M. ROTHSCHILD** NPE | 27 Related Entities | 390 as Plaintiff | 2 as Defendant | 34 Patents Asserted |

20+ Search Results

| NAME | PARENT | MARKET SECTOR | # OF LITIGATIONS |
|---|---|---|---|
| Rothschild Digital Media Innovati… | Leigh M. Rothschild | Consumer Electronics and PCs, E-commerce and Software | 5 |
| Rothschild Storage Retrieval Inn… | Leigh M. Rothschild | Mobile Communications and Devices | 12 |
| Rothschild Broadcast Distribution… | Leigh M. Rothschild | Media Content and Distribution | 28 |
| Rothschild Connected Devices In… | Leigh M. Rothschild | Automotive, Consumer Electronics and PCs, Consumer Products, E-commerce and Software, Industrial, Mobile Communications and Devices, Networking | 67 |
| Rothschild Mobile Imaging Innov… | Leigh M. Rothschild | Financial Services | 4 |
| Coding Technologies, LLC | Leigh M. Rothschild | | 0 |
| Scanning Technologies Innovatio… | Leigh M. Rothschild | E-commerce and Software | 17 |
| Battery Conservation Innovations… | Leigh M. Rothschild | Consumer Electronics and PCs | 3 |
| Texas Patent Imaging LLC | Leigh M. Rothschild | Consumer Electronics and PCs | 8 |