# Exhibit D

## April Brown

**From:** Rachael Lamkin [mailto:rdl@lamkinipdefense.com]
**Sent:** Tuesday, April 11, 2017 5:15 PM
**To:** Neal Massand <nmassand@nilawfirm.com>
**Subject:** Re: Let's talk

Appreciate the follow through either way.

And apologies for the 3 extension applications filed. I thought a motion was required for a second extension. Should be all set now.

On Tue, Apr 11, 2017 at 3:12 PM, Neal Massand <nmassand@nilawfirm.com> wrote:
> I will let my client know of your thoughts but suspect he won't be interested.
>
> On Apr 11, 2017 5:07 PM, Rachael Lamkin <rdl@lamkinipdefense.com> wrote:
>> Neal,
>>
>> Attached please find the fees motion i mentioned yesterday, filed today in the RCDI case. The more i researched, the more widespread the conduct appears to be, and now i think all of Rothschild's cases may be filed under the same misrepresentations, and could potentially have to be refiled. At least if Judge Gilstrap adjudicates this motion.
>>
>> I know you're focused on your case, but i suspect your client must take a broader view. I personally would like to see this motion adjudicated as i think it could result in important new law, but my client has a narrower view. Thus maybe we can horse-trade, your client agrees to dismiss Garmin, with prejudice, from your matter, and Garmin drops its motion in RCDI and forgoes any fees motion in this case.
>>
>> I know this seems early and aggressive but i think here, the facts warrant this kind of quick compromise. Let me know if you want to discuss.
>>
>>
>> Best,
>>
>> Rachael
>>
>> Rachael Lamkin
>> Lamkin IP Defense
>> 916.747.6091
>> https://www.linkedin.com/in/rdlamkin/

--
Best,

Rachael

Rachael Lamkin
Lamkin IP Defense
916.747.6091
https://www.linkedin.com/in/rdlamkin/