Rachael D. Lamkin (246066)
Lamkin IP Defense
100 Pine St., Suite 1250
San Francisco, CA 94111
(916) 747-6091
RDL@LamkinIPDefense.com

*Counsel for Defendant, Garmin International, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| Rothschild Connected Devices Innovations, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Garmin International, Inc.<br><br>Defendant. | Case No.: 2:17-cv-00158-JRG-RSP<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AND CONTROLLING AUTHORITY** |

   Herein, Defendant Garmin International, Inc. ("Garmin") respectfully files this Notice Of Supplemental And Controlling Authority.  Today, the Federal Circuit issued its Opinion in *Rothschild Connected Devices Innovations, LLC v. Guardian Protection Services, Inc. et. al.*, Lead Case Nos. 2:15-cv-01431-JRG-RSP ("RCDI I").  Garmin discussed that case, and the Federal Circuit appeal, in its Motion For Attorney's Fees in this matter.  (Dkt. Nos. 11, 16.)  The Federal Circuit's Opinion, attached hereto, sets forth authority that is in some instances controlling in this matter, and in some instances persuasive or supplemental.   Thus, Garmin respectfully provides to this Court Notice of said authority, and attaches two versions of the

1

Federal Circuit's Opinion, one that highlights the controlling and persuasive authority directly bearing on this matter, and one version sans highlights should the Court prefer same.

Respectfully Submitted,

*Rachael D. Lamkin*
Rachael D. Lamkin

Counsel for Defendant
Garmin International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2017, a true and accurate copy of the above and foregoing:

**DEFENDANT'S NOTICE OF CONTROLLING AND SUPPLEMENTAL AUTHORITY**

Was filed with the Court's CM/ECF system, which provides service to all counsel of record.

*Rachael D. Lamkin*
Rachael D. Lamkin
